1   Veronica Arechederra Hall, Bar No. 5855
    veronica.hall@jacksonlewis.com
2   Steven C. Anderson, Bar No. 11901
    steven.anderson@jacksonlewis.com
3   **JACKSON LEWIS P.C.**
    3800 Howard Hughes Parkway, Suite 600
4   Las Vegas, Nevada 89169
    Tel:  (702) 921-2460
5   Fax: (702) 921-2461

6   *Attorneys for Defendant Victoria Partners dba*
    *Monte Carlo Resort and Casino*
7   *erroneously sued as Monte Carlo*

8

                    **UNITED STATES DISTRICT COURT**

9

                         **DISTRICT OF NEVADA**

10

11   MICHAEL COLEMAN,

                                          Case No. 2:14-cv-01614-JAD-VCF
              Plaintiff,
12

13        v.                              **REQUEST FOR LEAVE TO**
                                          **WITHDRAW ATTORNEY ERICA J.**
     MONTE CARLO,                         **KELLY**
14

              Defendants.
15

16        Defendant Victoria Partners dba Monte Carlo Resort and Casino erroneously sued as

     Monte Carlo ("Defendant") by and through its counsel Jackson Lewis P.C., hereby requests leave
17

     of Court to remove attorney Erica J. Kelly as counsel of record from the above captioned case and
18

     the Court's docket.   Ms. Kelly is no longer an employee of Jackson Lewis P.C. and her
19

     withdrawal will not cause any delay in the action.   Veronica Arechederra Hall will remain lead
20

     counsel of record for Defendant.
21

          Dated:  February 25, 2015.
22                                        JACKSON LEWIS P.C.

23

                                                 /s/ Steven C. Anderson
IT IS SO ORDERED.                         Veronica Arechederra Hall, Bar No. 5855
                                          Steven C. Anderson, Bar No. 11901
                                          3800 Howard Hughes Parkway, Suite 600
                                          Las Vegas, Nevada 89169
UNITED STATES MAGISTRATE JUDGE
DATED:      3-12-2015                      *Attorneys for Defendant*

28

JACKSON LEWIS P.C.
LAS VEGAS

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Jackson Lewis P.C. and that on this 25th day of February, 2015, I caused to be served a true and correct copy of the above and foregoing **REQUEST FOR LEAVE TO WITHDRAW ATTORNEY ERICA J. KELLY** via the United States Mail, postage prepaid, properly addressed to the following:

Michael Coleman
6500 Vegas Drive, #1026
Las Vegas, Nevada 89108

*Plaintiff Pro Se*


                                        /s/ Emily Santiago
                                Employee of Jackson Lewis, P.C.

JACKSON LEWIS P.C.
LAS VEGAS

-2-